**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01670-CV

**D&J REAL ESTATE SERVICES, INC.
D/B/A RE/MAX PREMIER GROUP, ET AL., Appellants**

**V.**

**GREG L. PERKINS, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00559-2011**

## ORDER

We **GRANT** the February 28, 2014 motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before March 31, 2014.

/s/    ADA BROWN
        JUSTICE